NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ANDREW SEARCY, JR.,**
*Petitioner,*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2013-3175

---

Petition for review of the Merit Systems Protection Board in No. AT4324120759-I-1.

---

**ON MOTION**

---

**O R D E R**

Andrew Searcy, Jr. moves for "judgment based on respondent's counsel fraud upon the court".

Upon consideration thereof,

IT IS ORDERED THAT:

The motion shall be deferred to the merits panel assigned to the case. A copy of the motions papers, any

2                                SEARCY v. AGRICULTURE

response, and this order shall be transmitted to the merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21